*Case Closed*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

FRANK HALCOND,

     Plaintiff,  : **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

 -against-

DR. RONALD D. BLATT and EAST SIDE : 05-CV-2579
GYNECOLOGY SERVICES, INC.

     Defendants.

---------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party is an infant or person for whom a guardian has been appointed pursuant to Article 81 of the Mental Hygiene Law, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs or attorneys' fees as to either party.

Dated: May 12, 2006

KOEHLER & ISAACS, LLP
Attorneys for Plaintiff Frank Halcond

By: _____
Joey Jackson (JJ-0147)
61 Broadway, 25th Floor
New York, New York 10006
(917) 551-1300

GARFUNKEL, WILD & TRAVIS, P.C.
Attorneys for Defendants Ronald D. Blatt, M.D. &
East Side Gynecology Services, P.C.

By: _____
Marianne Monroy (MM-0162)
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

IT IS SO ORDERED:

_Thomas P. Griesa_
U.S.D.J.

5/17/06

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/06
```

431281.01